# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Sotomayor, Sonia | 2. Court or Organization<br><br>Supreme Court of the United States | 3. Date of Report<br><br>05/07/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Associate Justice | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>1 First Street, NE<br>Washington, DC 20543 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Governing Director | iCivics |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 05/07/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/1/2020 | Penguin Random House LLC (book royalties) | $82,807.49 |
| 2. 5/1/2020 | Penguin Random House LLC (book advance) | $33,334.00 |
| 3. 11/2/2020 | Penguin Random House LLC (book royalties) | $62,707.23 |
| 4. 11/2/2020 | Penguin Random House (book advance) | $33,333.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 05/07/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Thomas Jefferson Foundation | Jefferson Medal in Law (donation to charitable organization) | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | JP Morgan Chase, NA | Mortgage on Rental Property #1, New York, New York (Pt. VII, Line 7) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sotomayor, Sonia** | 05/07/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Citibank, N.A. Accounts | A | Interest | N | T | | | | | |
| 2. Morgan Stanley Bank, NA | A | Interest | J | T | | | | | |
| 3. Morgan Stanley Bank, NA (IRA) | A | Interest | K | T | | | | | |
| 4. Morgan Stanley Domestic Holdings, Inc. (IRA) (H) | | | | | | | | | |
| 5. -Blackrock GLB Allocation FD Class A (IRA) | A | Dividend | L | T | | | | | |
| 6. -Pimco Unconstrained BDA (IRA) | A | Dividend | K | T | | | | | |
| 7. Rental Property #1, New York, NY Appraised 2012 | D | Rent | P1 | Q | | | | | |
| 8. Morgan Stanley Domestic Holdings, Inc. (H) | | | | | | | | | |
| 9. -Ishares Core MSCI EAFE ETF | B | Dividend | L | T | | | | | |
| 10. | | | | | Buy (add'l) | 03/18/20 | K | | |
| 11. -Ishares Core MSCI Emerging | A | Dividend | K | T | | | | | |
| 12. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 13. -Ishares Russell 1000 GRW ETF | A | Dividend | K | T | | | | | |
| 14. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 15. -Ishares Russell 1000 Value ETF | A | Dividend | K | T | | | | | |
| 16. | | | | | Sold (part) | 03/18/20 | J | A | |
| 17. -Ishares IBOXX HY COR BD ETF (HYG) | A | Dividend | K | T | Buy | 04/08/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18.   -Ishares Russell 2000 Growth ETF | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 19.   -Ishares Russell 2000 Value ETF | A | Dividend | J | T | Buy | 05/20/20 | J | | |
| 20.   -Ishares Russell MIDCAP V ETF | A | Dividend | J | T | Buy | 03/18/20 | J | | |
| 21.   -PIMCO ENHANCED SHRT MTRT EXC | A | Dividend | L | T | | | | | |
| 22. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 23.   -SPDR NUVEEN BBG BAR SHRT TERM | A | Dividend | L | T | | | | | |
| 24. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 25.   -SPDR NUVEEN BBG BARCLAYS MUN B | B | Dividend | L | T | | | | | |
| 26. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 27.   -ISHARES Tips Bond ETF | A | Dividend | | | Sold | 03/16/20 | J | B | |
| 28.   -INVESCO NATIONAL AMT - FREE MUNI (PZA) | A | Dividend | | | Sold | 03/18/20 | K | B | |
| 29.   -ISHARES INC MSCI JAPAN ETF | A | Dividend | | | | | | | |
| 30. | | | | | Buy (add'l) | 03/18/20 | J | | |
| 31. | | | | | Sold | 05/20/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sotomayor, Sonia** | 05/07/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III - A - Items 1 and 3 - Publishers royalties for Turning Pages and Just Ask. Dates provided are dates of checks forwarded by my literary agent in amounts net of agent's commissions. Penguin Random House LLC has advised me that it disbursed a total of $818.59 to promote the sale of books of mine it has published. The foregoing amount is in addition to royalties and advances pursuant to contracts I have entered into with Penguin Random House LLC for future-books, as noted in Items 2 and 4.

Part V - I received the Jefferson Medal in Law from the Thomas Jefferson Foundation on August 31, 2020. I directed that the award proceeds be donated to a charitable organization.

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 05/07/2021 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sonia Sotomayor**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544